[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-14783
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-00013-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME FLETCHER,
a.k.a. City,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(September 30, 2021)

Before JILL PRYOR, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Jessica Lee, appointed counsel for Jerome Fletcher in this non-direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the partial denial of Fletcher's motion for sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, is **AFFIRMED**.